UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL GREENE
DAVID E. JONES and
Similarly situated inmates

v.

Warden E. Bradley
Ofc. Bond
Ofc. Barrett

Case No. need assignment of case No.

FILED
SCRANTON

JAN 07 2021

PER _____
DEPUTY CLERK

1) EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

2) EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

3) EMERGENCY MOTION FOR EXPEDITED DISCOVERY

4) EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff's hereby respectfully submit the above titled extremely serious motions and supporting exhibits to this Court and hereby contend that if we are forced to wait until after using the prison grievance system to sue and/or seek preliminary injunctive relief, we will be irreparably harmed.

In Jackson v. District of Columbia, 264 F.3d 262 (D.C. Cir. 2001) the Court found that the Court can only protect prisoners with a preliminary injunction while the Court waits for them to exhaust grievance procedure. Plaintiff's

have already initiated the prison grievance process which could easily take 6 to 12 months to conclude.

FACTS ALLEGED

MEMORANDUM IN SUPPORT OF EMERGENCY MOTIONS

①Ofc. Bond, Ofc. Barrett and other U.S.P. Canaan staff members acting in concert or participation with them in USP Canaan's mailroom, have been returning African-Americans Legal Mail back to our attorneys offices as REFUSED / RETURN TO SENDER - VACANT - UNABLE TO FORWARD, while all other races, including but not limited to, Hispanics, White inmates recieve thier legal mail from thier attorneys. (See Attachments)

②This discriminatory, unconstitutional, illegal practice is only done to African-American inmates whom are housed at USP Canaan.

③ Plaintiff, Michael Greene was mailed a letter on August 16, 2020 from the Wescott Law Firm in Philadelphia, PA, specifically from attorney Lynanne B. Wescott. As evidenced by Exhibit A as attached hereto, said Legal Mail was returned back to Attorney Wescott with a fraudulent notice instructing her to send plaintiff's legal mail to a Florida address.

④ Said Florida address is Smart Communications in Pinellas Park, Florida which is only utilized to COPY and scan and process inmate personal mail not Legal Mail. Therefore, Smart Communications returned said mail as REFUSED because they are not allowed to open and/or process inmates Legal Mail.

⑤ After recieving said mail back twice from USP Canaan and once from the "Florida address", Attorney Wescott again mailed said legal mail and documents to me again and the mail room finally delivered said

documents to me on December 4, 2020 some four months later.

⑥ Plaintiff Michael Greene is currently involved in very serious litigation in the Commonwealth of Kentucky where an officer (Lt. Armes) subjected plaintiff to sexual misconduct. The U.S. Department of Justice/Office of the Inspector General came to the institution gathered camera footage and etc and conducted an investigation and immediately terminated said officer from B.O.P. employment.

⑦ Plaintiff Michael Greene's family has been attempting to retain Counsel in the above mentioned matter but when the attorneys mail plaintiffs' letters and etc. to gather more information, said Legal Mail is REFUSED - VACANT - RETURN TO SENDER falsely making it appear as if plaintiff is not housed at USP Canaan. Plaintiff Michael Greene currently has strict deadlines that must be met in that litigation which is complex, and said suit can be dismissed if he fails to meet said deadlines. Plaintiff Michael Greene is currently being harmed by the fact that attorneys attempting to represent and/or assist him are being forbidden from contacting and/or corresponding to him by the illegal actions currently being committed by USP Canaan's mailroom staff.

⑧ Plaintiff Michael Greene furthermore, has criminal litigation currently ongoing in the Western District of N.C. pertaining to his criminal conviction. When my North Carolina attorney attempted to consult with me regarding said conviction, my Legal Mail is being REFUSED and mailed back to his office. If I am not allowed to consult with my attorney on the matter soon I may be procedurally defaulted.

① Plaintiff David E. Jones family retained the law firm Halscott & Megaro specifically attorney Patrick Megaro to represent plaintiff on a "2255"

pertaining to the U.S. Supreme Court decision in U.S. v. Johnson and the First Step Act. Said attorney was retained approx May 2020 and has since attempted on several times to mail David E. Jones Legal Mail i.e. motions, request for information and etc. only to have said Legal Mail returned to his office REFUSED - VACANT - UNABLE TO FORWARD, as if Plaintiff is not housed at USP Canaan. (See attachments)

⑨ On or about July 20, 2020 USP Canaan's mailroom recieved Legal Mail for David E. Jones from the law firm Halscott Megaro P.A. USP Canaan's mail room staff mentioned herein stamp said mail REFUSED - RETURN TO SENDER VACANT - UNABLE TO FORWARD making it falsely appear as if plaintiff is not housed at USP Canaan. (See Exhibit B )

⑩ Then on July 29, 2020 plaintiff David E. Jones attorney office Halscott Megaro mailed plaintiff more "Legal Mail" which was also REFUSED by USP Canaan's mailroom. See Exhibit C

⑪ On August 3, 2020 USP Canaan's mail room staff again REFUSED plaintiff legal mail from the Orlando, Florida law firm Halscott Megaro Tracking No. 9405 5118 9956 3020 4885 13 (See Exhibit D ) attached.

⑫ After USP Canaan's mailroom refused the afore mentioned Legal Mail they also sent said attorney the very same fraudulent/false Notice instructing Halscott Megaro to mail plaintiff David E. Jones Legal Mail to the "Florida address." So on August 13, 2020 Attorney Patrick M. Megaro mailed plaintiff David E. Jones Legal Mail to the Smart Communications, Pinellas Park, Florida addressed as evidenced by Exhibit E&1 only to have said legal mail REFUSED thereto. See Exhibit E&1

⑬ Again, On August 27, 2020 Attorney Patrick M. Megaro again mailed David E. Jones Legal Mail to the "Florida addres" as instructed by USP Canaan's mailroom staff in said fraudulent Notice. Smart Communications again REFUSED said Legal Mail specifically utilizing a Stamp which clearly states; Return to Sender - No Stamps, Envelopes, Paper, Money Orders, Checks, or Legal Papers

USP Canaan's mailroom staff is keenly aware of the fact that Smart Communications is ONLY utilized to process inmates' personel mail and photos (See: USP Canaan Memo signed by Warden E. Bradley) yet they continue to play dangerous unconstitutional, illegal games with ONLY African Americans Legal Mail while providing other inmates with thier mail/Legal Mail sent to USP Canaan. (See Exhibit E and F1

⑭ Running out of options and with the reply deadline nearing Attorney Patrick M. Megaro mailed plaintiff's Legal Mail to USP Canaan's Satellite Camp address/P.O. Box 200 which was also again REFUSED. (See Exhibit G1

⑮ On November 25, 2020 plaintiff attorney office Halscott Megaro P.A. again mailed plaintiff Legal Mail to USP Canaan which was again REFUSED by USP Canaan's mailroom. See Exhibit H1 H4 with Tracking No(s) on all.

⑯ During the entire time plaintiff David E Jones's "2255" was pending, plaintiff was barred from communicating with his attorney by USP Canaan's mailroom's practice mentioned herein. Plaintiff was unable to read his attorney's filings and therefore unable to assist and/or share critical legal research with Attorney Megaro which then led to Attorney Megaro not filing a reply to the Respondent's response and plaintiff's "2255" was dismissed.

⑰ Now plaintiff's family has again retained Halscott Megaro to continue said litigation via a COA to the Eleventh Cir. Ct of Appeals but again

plaintiff is currently being denied Counsel by USP Canaan's arbitrary practice of Refusing to accept African-Americans legal mail,

(18) Bureau of Prison policy clearly states that if legal mail is properly addressed to inmate with attorney name/law firm on envelope and Legal Mail/Open Only in Presence of Inmate or some derivative then it Constitutes legal mail and will be processed in accordance with the BOP Legal Mail requirements/policy.

(19) USP Canaan is not honoring said policy as it relates to African-Americans legal mail and the U.S.P Canaan's Legal Mail Refused Log will easily demonstrate that African-Americans currently being housed here at USP Canaan is being denied Legal Mail i.e, right to Counsel and access to the Courts,

(20) The unconstitutional, illegal, arbitrary, discriminatory practices being complained of herein is in fact a violation of Inmates/African American inmates 6th Amendment right to have Assistance of Counsel and 4th Amendment right to due process and access to the Courts because if we don't know our attorneys are attempting to contact us and our attorneys is unable to make Contact with us then they cannot make filings on our behalf, which in essence denies us access to the Courts,

(21) USP Canaan's African American Legal Mail practice is in fact illegal according to the United States Postal Service. It is a federal criminal offense to Obstruct and/or Delay United States Mail, therefore, U.S.P Canaan's mail room practice of REFUSING our legal mail and falsely instructing attorneys (i.e Officer of the Court) to send our legal mail to an out of state wrong address is in fact obstructing and/or delaying our US Mail in flagrant, blatant violation of U.S. laws, codes, statutes.

(22) Both plaintiff's in this motion, as well as several other African American inmates have been complaining to USP Canaan's Warden E. Bradley about not receiving our legal mail but he (Warden Bradley) refuses to rectify the matter.

(23) Plaintiff's can prove that White and Hispanics attorneys Legal Mail is being delivered to them via USP Canaan mailroom staff.

(24) When inmate here at USP Canaan personal mail and/or photos is mailed to the "Florida address" ie Smart Communication. Said mailed is opened, not in front of inmate, then scanned/copied and stored in records. BOP treats legal maid differently. It is not allowed to be read, copied, scanned or stored due to attorney client confidentiality measures. Therefore, USP Canaan is attempting to skirt that measure as it relates to African-Americans Legal Mail by falsely instructing African-Americans attorneys to send our legal mail to Florida hoping that Florida will open scan/copy said mail so they can then be able to read the same. Said conduct is disgraceful, criminal, unethical, dangerous and Florida knows they cannot open, read, process inmates Legal Mail so they are forced to Return to Sender, while we sit in prison unable to communicate with our attorneys.

(25) Several other African American inmates currently being housed here at USP Canaan is experiencing the very same discriminatory, unconstitutional, illegal practice. Including but certainly not limited to; Everette Taylor, Ray Procise, Ryan O'Neil Little, Latavis Mackroy

(26) USP Canaan's mailroom RETURN TO SENDER - VACANT - UNABLE TO FORWARD, African-American inmate Latavis Mackroy's Legal Mail from the U.S. District Court in Orlando, Florida (See: Latavis Mackroy v. US) Once said Legal Mail was RETURNED back to the U.S. District Court, the

Judge falsely believed that Latavis Mackray was not then housed at USP-Canaan. Therefore, said Judge issued a Second Order in Mr. Mackray's "2255" proceeding Ordering Mr. Mackray to Show Cause within 21 days of why the Court should not dismiss Mr. Mackray's "2255" for Mr. Mackray not informing the Court of his address change.

26) Luckily, we happened to contact the Federal Defender's Office whom informed Mr. Mackray that the Court was about to dismiss his "2255" for the reasons stated above. We then hurried and drafted a motion showing the Court that Mr. Mackray is in fact still housed at USP Canaan, and that USP Canaan's mailroom acted with misconduct when returning said mail. The Court then reversed course and appointed Counsel to Mr. Mackray.

28) Several other African American inmates are unsure why they have not been recieving thier legal mail after the Court appointed them Counsel in light of the First Step Act, and also reasonably suspect that thier mail has been Returned.

29) African American inmate Ray Procise was appointed Counsel by the U.S. District Court in Virginia. But when his attorney attempted to write to him here at USP Canaan the mailroom repeatedly return said mail back to his attorney. Mr. Procise after not recieving any correspondence from said attorney for about 6 months, he decided to call the attorney which the Clerk's office told him had been appointed to his case. Upon speaking to said attorney he was told that USP Canaan kept returning his Legal Mail back to his attorney's office, so the appointed attorney just went ahead and filed Mr. Procise's First Step Act sentence reduction motion without being able to obtain relevant information from Mr. Procise pertaining to his institutional accomplishments, family history and etc. (Mr. Procise is currently in quarantine unit due to contracting COVID 19 so plaintiff was unable to obtain more

information like said attorneys name and address, but will be able to do so soon) to provide it to the Court.)

33. The Lewisburg Prison Project has an enormous file of inmates documenting the mishandling of Legal Mail by USP Canaan's staff and can provide some very valuable information to this Court in it's evaluation of this motion.

EMERG. PRELIMINARY INJUNCTION/EMERG. TEMPORARY RESTRAINING ORDER

Plaintiff's need only show "a threat of irreparable harm, not that irreparable harm already has occured." See; Mullins v. City of New York, 626 F. 3d 47, 55 (2d Cir. 2010)

Plaintiff's hereby respectfully request a temporary restraining order, and/or preliminary order, on a emergency bases, enjoining the defendants; Ofc. Bond, Ofc. Barrett, Warden E. Bradley and any other staff member in USP Canaan's mailroom acting in concert or participation with them to 1.) Stop REFUSING and RETURNING inmates Legal Mail back to Sender 2.) Stop utilizing the fraudulent false Notice to instruct inmates attorneys to send thier legal mail to the Florida address mentioned herein. 3.) Stop the racially discriminatory illegal mail practice of refusing to accept African-Americans Legal Mail here at USP Canaan 4.) Four USP Canaan mailroom to immediately notify every inmate whom legal mail has been RETURN TO SENDER which is consistent with BOP policy (So inmates can know to contact the Courts and/or thier attorney) (for the year of 2020 and 2021)

EXPEDITED DISCOVERY ORDER

Plaintiff's hereby respectfully request that the defendants be ordered to IMMEDIATELY provide this Court and plaintiffs with USP Canaan's mailroom Log which is utilized to document mail ie, Legal Mail that was Returned

<u>Declaration:</u> By signing this document that plaintiff hereby swear under the penalty under perjury that the information included herein is true and accurate.

to Sender from USP Canaan's mailroom in the year of 2020 and 2021. As well as the race of every inmate whom mail/Legal Mail was returned to sender.

## <u>CONCLUSION:</u>

To be sure, this is a very strange and unique set of circumstances brought forth herein. Never would plaintiffs, the Court or no reasonable minded person would think or believe that a federal Warden and his subordinates would have the audacity and/or lawless mindset to REFUSE a race of inmates or inmates in general Legal Mail. Arizona's Sheriff Arpaio would not even stoop this low. The Court must act to protect our Constitutional rights. We are being denied fundamental right to counsel and access to the Courts by a few corrupt racist officers whom think that they are above the law and, "That African American inmates are too dumb to know how to seek redress from the Court. Our rights have been violated all of 2020 and is continuing thru 2021 if the Courts fail to intervene. The defendants have gotten away with said misconduct so long they have became to show more hubris.

Respectfully Submitted

Michael Greene   David E Jones

Please respond to both plaintiffs            1/1/20        1/1/20

Michael Greene #22768-058          David E Jones
United States Penitentiary Canaan   United States Penitentiary Canaan
PO Box 300                          Post Office Box 300
Waymart, PA 18472                   Waymart, Pennsylvania 18472

PHILADELPHIA PA 190
2 DEC 2020 PM 8 L

FOREVER / USA
FOREVER / USA FOREVER / USA

→ LEGAL MAIL OPEN ONLY IN FRONT OF INMATE

**The Wescott Law Firm, P.C.**
Lynanne B. Wescott, Esquire
1221 Locust Street
Philadelphia, Pennsylvania 19107-5570

Michael Greene
IM # 22768-058
USP Canaan
PO Box 300
Waymart, PA 18472

18472-080000

Lynanne B. Wescott, Esquire
Tel: 215-545-0324
Fax: 215-545-0326
LWescott@wescottlaw.net
www.wescottlaw.net
Licensed in PA, NJ, NC, DC

## The Wescott Law Firm P.C.
1221 Locust Street, Philadelphia, Pennsylvania 19107-5570

August 16, 2020

Michael Greene
IM # 22768-058
USP Canaan
PO Box 300
Waymart, PA  18472

Dear Mr. Greene:

   Enclosed please find your ID theft paperwork for you to decide whether to fill it out and accept the offered protection.  Hope you stay safe from this virus and enjoy the rest of your summer.

Very truly yours,

Lynanne B. Wescott

*This was returned to me with notice to send to Florida address let me know if you get it*

*This was just returned from the Florida addresses I referred & tryes again!*



C/O ID Experts
PO Box 4219
Everett WA 98204

**U.S. Department of Justice**

United States Marshals Service

*Prisoner Operations Division*

*Washington, DC 20530-0001*

Michael Green    22768-058
Canaan Usp
U.S. Penitentiary
4939
3470311 PO Box 300
Ver ICM Waymart PA 18472-0800

June 3, 2020

To Enroll, Please Call Collect:
0-936-632-8151
Enrollment Code: NYRH3KCC7J

Dear Mr./Ms Michael Green:

On December 30, 2019, the United States Marshals Service (USMS), Information Technology Division (ITD) received notification from the Department of Justice, Security Operations Center (JSOC) of a security breach affecting a public-facing USMS server that houses information pertaining to current and former USMS prisoners. You have been identified as an individual whose personally identifiable information (PII) may have been compromised as a result of this breach. PII may include information such as date of birth, social security number, and address, which may be used to commit identity theft. Accordingly, you are being notified by the USMS at this time so that you can take steps to protect yourself against potential identity theft.

There are a number of actions you can take to protect against potential identity theft. You can place a free credit freeze or a fraud alert on your credit files. A credit freeze lets you restrict access to your credit report, which in turn makes it more difficult for identity thieves to open new accounts in your name. A fraud alert advises creditors to contact you before opening any new accounts.

By writing any one of the three credit reporting agencies at the addresses below, you will be able to place a credit freeze or fraud alerts with all of the agencies. You will then receive letters from each of them with instructions on how to obtain a copy of your credit reports at no cost. Sample written notifications are attached to this correspondence to assist you. Also provided for you are the relevant sections of the Fair Credit Reporting Act. You may want to reference the appropriate Sections of the Act in your correspondence to the credit reporting agency.

Equifax
P.O. Box 105069
Atlanta, GA 30348-5069
800-525-6285

Experian
P.O. Box 9554
Allen, TX 75013
888-397-3742

EXHIBIT B



RECEIVED JUL 29 2020

062S0009210004

$1.000
US POSTAGE
FIRST-CLASS
FROM 32807
JUN 29 2020

NIXIE      152   CC   1   794      A2074/19/20

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 32807259545    2029X3134-C1714

REFUSED

19155-018

Lega
Person
Confiden

HalscottMegaro. P.A.
1300 N. Semoran Blvd
Suite 195
Orlando Fl 32807

Exhibit C

---

**stamps endicia**   **Shipping Label Receipt**

**Tracking Number:**

**9405 5118 9956 3020 4885 13**

PRIORITY MAIL 3-DAY with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $7.15
Weight: 0 lbs 1 oz
Print Date: 07/29/2020                Mailing Date: 07/29/2020

From:   HalscottMegaro, P.A.
        1300 North Semoran Blvd
        Suite 195
        Orlando Fl 32807

To:     David E. Jones Register No.: 49155-018
        U.S. PENITENTIARY
        USP CANAAN
        P.O. BOX 300
        WAYMART PA 18472-0800

USPS
Postmark
Here

*Regular PRIORITY MAIL 3-DAY Service postage rates apply. There is no fee for Tracking service on PRIORITY MAIL 3-DAY services with use of the electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.

2. Place the label so it does not wrap around the edge of the package.

3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.

4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.

5. You must mail this package on the "mail date" that is specified on this label.

---

✂ - - - - -

---



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
ComBasPrice

062S0009210004
FROM 32807

stamps
endicia
07/29/2020

**PRIORITY MAIL 3-DAY™**

HalscottMegaro, P.A.
1300 North Semoran Blvd
Suite 195
Orlando Fl 32807

B099

SHIP
TO:   David E. Jones Register No.: 49155-018
      U.S. PENITENTIARY
      USP CANAAN
      P.O. BOX 300
      WAYMART PA 18472-0800

**USPS TRACKING #**

**9405 5118 9956 3020 4885 13**

Exhibit D



Prison recieved stamp but still Returned

Exhibit E

PS000000000013

EP14 July 2013
OD: 11.625 x 15.125

N USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComBasPrice

062S0009210004
FROM 32807

stamps
endicia
08/13/2020

# PRIORITY MAIL 2-DAY™

Attorney Patrick M. Megaro
1300 North Semoran Blvd
Suite 195
Orlando Fl 32807

B001

SHIP
TO:
David E. Jones Register No.: 49155-018
USP Canaan
Smart Communications
PO Box 30
Pinellas Park FL 33780-0030

-R-T-S-   33780-RFS-1N  *94  08/19/20
RETURN TO SENDER
UNABLE TO FORWARD
REFUSED
RETURN TO SENDER

※ R F S ※

USPS TRACKING #

9405 5118 9956 3039 8645 44



Legal Mail
Open in presence of inmate

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNIT
POST

Exhibit E-1

P

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComBasPrice

062S0009210004
FROM 32807

stamps endicia
08/13/2020

# PRIORITY MAIL 2-DAY™

Attorney Patrick M. Megaro
1300 North Semoran Blvd
Suite 195
Orlando Fl 32807

B001

SHIP TO: David E. Jones Register No.: 49155-018
USP Canaan
Smart Communications
PO Box 30
Pinellas Park FL 33780-0030

USPS TRACKING #

9405 5118 9956 3039 8645 44

Legal Mail
Open in presence of inm.

NVELOPE

ENVELOPE

ecified for domestic use.
re included to many major
trators.
nal insurance.

tline.
ationally, a customs
re required.

Return to Sender
No Stamps, Envelopes, Paper,
Checks, or Legal Papers

To Schen
Package Pickup,
scan the QR code.

-R-T-S-   33780-RFS-1N   *94 09/05/20

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*

Legal Mail
Open in presence of inmate

USPS TRACKING #

9405 5118 9956 3677 5384 56

SHIP
TO:

Patrick M. Megaro, Esq.
Halscottmegaro, P.A.
1300 North Semoran Blvd
Suite 195
Orlando Fl 32807

David E. Jones #
PINELLAS PARK FL 33780-0030

B001

P
PRIORITY MAIL 2-DAY™

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT RATE ENVELOPE
CombSealPrice

0620S000921004
FROM 32807

stamps
endicia
08/27/2020

Exhibit F1

# PRIORITY MAIL 2-DAY™

**P**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT RATE ENVELOPE
ComBasePrice



062S0009210004
FROM 32807
08/27/2020

SHIP
TO:

Patrick M. Megaro, Esq.
HalscottMegaro, P.A.
1300 North Semoran Blvd
Suite 195
Orlando Fl 32807

David E. Jones 49155-018
U.S. PENITENTIARY
SMART COMMUNICATIONS
USP CANAAN
P.O. BOX 30
PINELLAS PARK FL 33780-0030

B001

## USPS TRACKING #

9405 5118 9956 3677 5384 56

✂ - - - - - - - - - - - - - - - - - - - - - - - -

stamps
endicia     Shipping Label Receipt

Tracking Number:

**9405 5118 9956 3677 5384 56**

PRIORITY MAIL 2-DAY with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $7.15
Weight: 0 lbs 1 oz
Print Date: 08/27/2020                    Mailing Date: 08/27/2020

From:    Patrick M. Megaro, Esq.
         HalscottMegaro, P.A.
         1300 North Semoran Blvd
         Suite 195
         Orlando Fl 32807

To:      David E. Jones 49155-018
         U.S. PENITENTIARY
         SMART COMMUNICATIONS
         USP CANAAN
         P.O. BOX 30
         PINELLAS PARK FL 33780-0030

USPS
Postmark
Here

*Regular PRIORITY MAIL 2-DAY Service postage rates apply. There is no fee for Tracking service
on PRIORITY MAIL 2-DAY services with use of this electronic shipping label. Postmark is required if
fee and/or requested. Delivery information is not available by phone for the electronic option.

## Instructions:

1. Adhere shipping label to package with tape or glue - DO NOT TAPE
   OVER BARCODE. Be sure all edges are secured. Self-adhesive
   label is recommended.

2. Place the label so it does not wrap around the edge of the package.

3. This package may be deposited in any collection box, handed to
   your mail carrier, or presented to a clerk at your local Post Office.

4. Each confirmation number is unique and can be used only once -
   DO NOT PHOTOCOPY.

5. You must mail this package on the "mail date" that is specified
   on this label.

Exhibit CI

**PRIORITY MAIL 3-DAY™**



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
ComBasPrice

0625000921OD04
FROM 32807

stamps
endicia
10/07/2020

B099

Halscott Megaro, P.A.
1300 Nort Semoran Blvd
Suite 195
Orlando Fl 32807

SHIP
TO:
David E. Jones 49155-018
U.S. PENITENTIARY
SATELLITE CAMP
USP CANAAN
P.O. BOX 200
Waymart PA 18472-0200

**USPS TRACKING #**

9405 5118 9966 4589 1349 58

---

stamps
endicia

**Shipping Label Receipt**

**Tracking Number:**

**9405 5118 9966 4589 1349 58**

PRIORITY MAIL 3-DAY with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $7.15
Weight: 0 lbs 1 oz
Print Date: 10/07/2020

Mailing Date: 10/07/2020

From:   Halscott Megaro, P.A.
        1300 Nort Semoran Blvd
        Suite 195
        Orlando Fl 32807

To:     David E. Jones 49155-018
        U.S. PENITENTIARY
        SATELLITE CAMP
        USP CANAAN
        P.O. BOX 200
        Waymart PA 18472-0200

USPS
Postmark
Here

*Regular PRIORITY MAIL 3-DAY Service postage rates apply. There is no fee for Tracking service on PRIORITY MAIL 3-DAY services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option.

**Instructions:**

1. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2. Place the label so it does not wrap around the edge of the package.
3. This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4. Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5. You must mail this package on the "mail date" that is specified on this label.

2/2/21

Exhibit H



**stamps endicia   Shipping Label Receipt**

**Tracking Number:**

9405 5118 9956 4726 7697 60

PRIORITY MAIL 3-DAY with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $7.55
Weight: 0 lbs 1 oz
Print Date: 11/25/2020          Mailing Date: 11/25/2020

From:   HalscottMegaro, PA
        1300 N Semoran Blvd
        Suite 195
        Orlando Fl 32807

To:     David E. Jones DIN No.: 49155-018
        U.S. PENITENTIARY
        USP CANAAN
        P.O. BOX 300
        WAYMART PA 18472-0800

USPS Postmark Here

*Regular PRIORITY MAIL 3-DAY Service postage rates apply. There is no fee for Tracking service on PRIORITY MAIL 3-DAY services with use of this electronic shipping label. Postmark required if fee refund requested. Delivery information is not available by phone for the electronic option

**Instructions:**

1.  Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secured. Self-adhesive label is recommended.
2.  Place the label so it does not wrap around the edge of the package.
3.  This package may be deposited in any collection box, handed to your mail carrier, or presented to a clerk at your local Post Office.
4.  Each confirmation number is unique and can be used only once - DO NOT PHOTOCOPY.
5.  You must mail this package on the "mail date" that is specified on this label.

---

105

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
ComBasPrice

0825009210004
FROM 32807

stamps endicia
11/25/2020

**PRIORITY MAIL 3-DAY™**          0006

HalscottMegaro, PA
1300 N Semoran Blvd
Suite 195
Orlando Fl 32807

B099

SHIP
TO:   David E. Jones DIN No.: 49155-018
      U.S. PENITENTIARY
      USP CANAAN
      P.O. BOX 300
      WAYMART PA 18472-0800

USPS TRACKING #

9405 5118 9956 4726 7697 60

Exhibit H



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
CombasPrice

**P**

# PRIORITY MAIL

HalscottMegaro, PA
1300 N Semoran Blvd
Suite 195
Orlando Fl 32807

SHIP
TO:   David E. Jones DIN
      U.S. PENITENTIARY
      USP CANAAN
      P.O. BOX 300
      WAYMART PA 18472

USPS TRACKING

9405 5118 9956 4726

# PRIORITY
# MAIL

▪ Daté of delivery specified for domestic use.
▪ USPS TRACKING™ included to many major international destinations.
▪ Limited international insurance.
▪ Pick up available.
▪ Order supplies online.
▪ When used internationally, a customs declaration may be required.

UNITED STATES
POSTAL SERVICE ®



* R E S *

-R-T-S-   18472-RFS-1N   *94  12/02/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

To schedule free
Package Pickup.

MAILING ENVELOPE