# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GREENE,<br>DAVID JONES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARDEN E. BRADLEY, *et al.*,<br><br>　　　　Defendants. | No. 4:21-CV-00026<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 18th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion for Preliminary Injunction[1] is **DENIED**.

2. The Plaintiffs' motion for appointment of counsel[2] is **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to refile if this case is reopened.

3. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case and include a copy of a prisoner civil rights complaint with this Order.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 1.
[2] Doc. 5.