IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID JONES, | No. 4:21-CV-00026 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| E. BRADLEY, WARDEN *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 17, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Rule 12(b)(6) motion to dismiss, Doc. 34, is **GRANTED**.

2. Jones' motion for preliminary injunction, Doc. 33, is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] See 28 U.S.C. § 1915(a)(3).